IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MARCIA M. KRONE,
    Plaintiff,

vs.

DOUGLAS M. NELSON,
    Defendant.

CASE NO.:
4-16CV-836-A

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 8 2016
CLERK, U.S. DISTRICT COURT
By_____
    Deputy

## CIVIL COMPLAINT

Marcia M. Krone prepares and submits this complaint to the Court for evaluation and settlement. Plaintiff Marcia Krone states the following as her complaint against Defendant Douglas M. Nelson.

### PARTIES

1. Marcia Krone is the widow of David A. Krone.

2. Douglas Nelson was David Krone's friend, legal representation on business ventures and executor of the David A. Krone Estate (Summit County Probate Case No. 2015 ES 000387).

### FACTS

1. David Krone was a professional business owner, who had interest shares in a number of businesses. Douglas Nelson worked closely with David Krone on a number of the businesses.

2. Marcia Krone was married to, living with and was the primary care giver to her husband David Krone, during his long period of deteriorating and declining health, up to and including the time of his death on March 29, 2015.

### COUNT I
### BREACH OF FIDUCIARY DUTY

3. Plaintiff incorporates Paragraphs 1-3 as if fully rewritten herein.

4. Defendant had a fiduciary duty to David A. Krone when reprsenting him as well as during the time of David Krone's Estate administration.

5. Defendant failed to fully carry out his fiduciary duties by not notifying the Plaintiff (widow) of necessary estate matters as is required by law.

6. Defendant has maintained in a position of conflict of interest further breaching his fiduciary duty.

## COUNT II
## LEGAL MALPRACTICE

7. Plaintiff incoroporates Paragraphs 1-7 as though fully rewritten herein.

8. Defendant had a conflict of interest when he chose to author David Krone's estate documents.

9. While preparing Mr. Krone's estate documents, Defendant failed to name out "any and all previous trusts" in the new trust documents.

10. Defendant named himself as the executor of the David Krone Estate, when preparing David Krone's estate documents.

11. Defendant has failed to perform his probate duties, by failing to provide probate filed document to the heirs.

12. Defendant has a number of conflicts of interest he has failed to acknowledge and has continued to work beyond.

13. Defendant assisted in the Plaintiff losing a pretrial bond and her freedom, by providing false statements to a federal judge.

14. Defendant conspired with David Krone's ex-wife to wrongfully obtain life insurance proceeds.

## COUNT III
## PREVENTING HEIR FROM RIGHTFUL INHERITANCE

15. Plaintiff incorporates Paragraphs 1-15 as though fully rewritten herein.

16. Defendant failed at his legal duties and provided whited-out probate documents to Plaintiff.

17. Defendant has been asked on multiple occassions, for probate documents before they were finally provided to Plaintiff.

18. Defendant failed to disclose the sale of assets on estate documents, as well as values and income from the same.

WHEREFORE, Plaintiff Marcia Krone demands judgment against the Defendant as follows:

A. For damages in excess of $5 Million in an amount that will be proven at trial.

B. For reasonable attorney fees on all counts in which such are permitted.

C. For punitive damages in an amount determined according to law and all counts in which such are permitted.

D. For the costs of this action, and

E. Such other relief as the Court deems appropriate.

Respectfully submitted,

_____
MARCIA M. KRONE

### JURY DEMAND

Plaintiff demands trial by the maximum number of jurors on all issues properly tried to a jury.

_____
MARCIA M. KRONE

### CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoing upon the Clerk of the Court for electronic filing and distribution by placing the same in the United States Mail, postage prepaid on this ___1st___ day of September, 2016.

_____
MARCIA M. KRONE

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __FMC-Carswell__
(name of institution)
where __MARCIA MASTERS__, Inmate ID No. __60493-060__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ __$163.79__.

(2) During the past six months, the prisoner's:

Average monthly balance was $ __$558.33__.

Average monthly deposits to the prisoner's account were $ __$558.33__.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this __29th__ day of __August__, 20 __16__.

__[signature] Trust Fund Specialist__
Authorized Officer

__FMC-Carswell__
Institution of Confinement


### Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

__[signature]__
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. __60493-060__

3

# Federal Bureau of Prisons
## TRUFACS
### Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 60493060 | Living Quarter: | H02-208L |
| Inmate Name: | MASTERS, MARCIA M | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-H-N | Account Creation Date: | 9/9/2015 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | 08/19/2016 10:55:46 AM | 3186 | | | BP 199 Request - Released | | $30.00 | |
| CRW | 08/19/2016 10:57:35 AM | 3192 | | | BP 199 Request | | ($30.00) | |
| CRW | 08/19/2016 01:53:34 PM | 3192 | | | BP 199 Request - Released | | $30.00 | |
| CRW | 08/23/2016 07:13:16 AM | 3223 | | | BP 199 Request | | ($30.00) | |
| CRW | 08/23/2016 10:16:32 AM | 3223 | | | BP 199 Request - Released | | $30.00 | |
| CRW | 08/23/2016 10:16:58 AM | 3226 | | | BP 199 Request | | ($30.00) | |
| CRW | 08/24/2016 04:48:15 PM | 3226 | | | BP 199 Request - Released | | $30.00 | |
| CRW | 08/25/2016 06:33:08 AM | 12 | | | Sales | ($54.25) | | $83.19 |
| CRW | 08/25/2016 06:34:24 AM | 14 | | | Sales | ($9.40) | | $73.79 |
| CRW | 08/25/2016 10:33:01 AM | TL0825 | | | TRUL Withdrawal | ($5.00) | | $68.79 |
| CRW | 08/27/2016 12:26:00 PM | TL0827 | | | TRUL Withdrawal | ($5.00) | | $63.79 |
| CRW | 08/28/2016 03:03:24 PM | 33416241 | | | Money Gram | $100.00 | | $163.79 |
| | **Total Transactions:** | **204** | | | **Totals:** | **$163.79** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | $163.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $163.79 |
| **Totals:** | **$163.79** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$163.79** |

Federal Bureau of Prisons
TRUFACS
# Inmate Statement
Sensitive But Unclassified

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 60493060 | Living Quarter: | H02-208L |
| Inmate Name: | MASTERS, MARCIA M | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-H-N | Account Creation Date: | 9/9/2015 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $3,350.00 | $3,489.75 | $202.08 | $351.44 | $176.29 | N/A | N/A |

# CIVIL COVER SHEET

JS-44
(Rev. 1/05 DC)

| I (a) PLAINTIFFS<br>Marcia Krone | DEFENDANTS<br>Douglas M. Nelson |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES)<br>Tarrant | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED  Cuyahoga |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☒ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Legal Malpractice,

**REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     **DEMAND $** _____ Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

**DATE** 9/1/16  **SIGNATURE OF ATTORNEY OF RECORD** _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Sectio II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

Name Marcia Masters
Reg. No. 60493060
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127



NORTH TEXAS TX PDC
DALLAS TX 750
05 SEP 2016 PM 1 L

⇔60493-060⇔
Eldon B Mahon Us Courthouse
501 W 10TH ST
Court Clerk Room 310
FORT Worth, TX 76102
United States

76102836641 CC24